UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL A BARRINGER, SR,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 22-5646 RSM

**ORDER DIRECTING PLAINTIFF TO SUBMIT CORRECT IFP APPLICATION**

On September 1, 2022, Plaintiff submitted an *in forma pauperis* (IFP) application. Dkt. 1. The Clerk of Court then filed a notice informing Plaintiff that he filed the incorrect application and that he must submit the correct application by October 3, 2022. *See* Dkt. 2. To this day, Plaintiff still has not submitted the correct IFP application.

The Court therefore ORDERS:

Plaintiff shall have up to and including **November 7, 2022** to submit the correct IFP application, pay the filing fee, or indicate to the Court that he does not intend to go forward with the case. Failure to comply with this order may result in the dismissal of the case.

DATED this 17th day of October, 2022.

Ricardo S. Martinez
United States District Judge

ORDER DIRECTING PLAINTIFF TO
SUBMIT CORRECT IFP APPLICATION - 1