UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL A BARRINGER, SR,<br><br>           Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No. 22-5646 RSM<br><br>**ORDER TO SHOW CAUSE** |

      Plaintiff's Complaint seeking review of the Commissioner's decision denying social security benefits was filed on October 20, 2022.  Dkt. 6.  The Clerk issued summonses the same day.  Dkt. 7.

      Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve the defendant within 90 days after the complaint is filed.  Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summons and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

      Once service is effectuated, the Commissioner is then required to serve a response to Plaintiff's complaint within 60 days after service, pursuant to Federal Rule of Civil Procedure 12(a)(2).  *See also* Fed. R. Civ. P. SUPP SS 4.

      To date, Plaintiff still has not filed proof of service and the Commissioner has not filed an answer or otherwise responded to the complaint.  Plaintiff is directed to file proof of service on

ORDER TO SHOW CAUSE - 1

Defendant no later than March 21, 2023, or show cause why this case should not be dismissed.

If Plaintiff fails to respond to this Order by March 21, 2023, the Court may dismiss this case.

DATED 7th day of March, 2023.

Ricardo S. Martinez
United States District Judge

ORDER TO SHOW CAUSE - 2